MARK D. FLANAGAN (SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID W. BOWKER (SBN 200516)
david.bowker@wilmerhale.com
LAUREN A. MANDELL (*pro hac vice*)
lauren.mandell@wilmerhale.com
MARK L. HANIN (*pro hac vice*)
mark.hanin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

*Attorneys for Defendants Grow Land and Water LLC, and Kings County Ventures LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLOOMFIELD INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GROW LAND AND WATER LLC, and KINGS COUNTY VENTURES LLC,<br><br>Defendants. | Case No. 4:21-mc-80306-HSG<br><br>**ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

**ORDER**

IT IS HEREBY ORDERED: Defendants Grow Land and Water LLC and Kings County Ventures LLC's Administrative Motion for Leave to File a Supplemental Reply is **DENIED**.

Date: 9/8/2022



Hon. Haywood S. Gilliam, Jr.
United States District Judge

Case No. 4:21-mc-80306-HSG    1    ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY