AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

BLOOMFIELD INVESTMENTS, LLC

                Plaintiff (s),
V.

GROW LAND AND WATER LLC and KINGS COUNTY VENTURES, LLC

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-mc-80306-HSG

Notice is hereby given that, subject to approval by the court, __GROW LAND AND WATER LLC and KINGS COUNTY VENTURES, LLC__ substitutes
                                          (Party (s) Name)

__Russell Georgeson__, State Bar No. __53589__ as counsel of record in
    (Name of New Attorney)

place of __Mark D. Flanagan, David W. Bowker, Lauren A. Mandell, Mark L. Hanin__.
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Georgeson Law Offices |
| Address: | 7491 N. Remington Avenue, Suite 100, Fresno, California 93711 |
| Telephone: | (559) 447-8800    Facsimile (559) 447-0747 |
| E-Mail (Optional): | crgdanelaw@sbcglobal.net |

I consent to the above substitution.
Date: 12/28/2022

/s/ W. Quay Hays
(Signature of Party (s))

I consent to being substituted.
Date: 12/28/2022

/s/ Mark D. Flanagan   /s/ David W. Bowker
/s/ Lauren A. Mandell   /s/ Mark L. Hanin
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1.4.23

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/5/2023

*Haywood S. Gilliam, Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]